IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-rj-00011-CBS

EVEREST REINSURANCE COMPANY,

      Plaintiff,

v.

FOUNDERS INSURANCE COMPANY LIMITED,

      Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Lyndon Property Insurance company's Motion to Intervene (*doc. #5)* is GRANTED.


**DATED:**      November 20, 2008