IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-rj-00011-NONE | FTR - Reporter Deck - Courtroom A402 |
| Date:   March 25, 2009 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| EVEREST REINSURANCE COMPANY, | Lisa Lee Jordan |
| | Andrew Delgurcio |
| Plaintiff, | |
| v. | |
| FOUNDERS INSURANCE COMPANY LIMITED, | |
| Defendant, | |
| US BANK/COLUMBIA CENTER, | |
| Garnishee, | |
| LYNDON PROPERTY INSURANCE COMPANY, | John C. Parks |
| Intervenor. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:        10:10 a.m.**
Court calls case.  Appearances of counsel.


Discussion regarding Plaintiff's Motion to Withdraw.  The court advises counsel of the requirement that a corporation must be represented by counsel.  Mr. Delgurcio states that Plaintiff has retained substitute counsel.


ORDERED:    Featherstone Petrie DeSisto LLP's Motion to Withdraw (doc. #12, filed
                    3/13/2009) is GRANTED.  Plaintiff is required to find replacement counsel and

1

replacement counsel is required to enter their appearance no later than March 31, 2009.

ORDERED: Plaintiff shall file a written status report no later than April 30, 2009. Intervenor may file a written status report no later than April 30, 2009.

HEARING CONCLUDED.

**Court in recess**:     **10:16 a.m.**
Total time in court:     00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.