IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2008-rj-00011-CBS

EVEREST REINSURANCE COMPANY,

    Plaintiff,

v.

FOUNDERS INSURANCE COMPANY LIMITED,

    Defendants.

## ORDER RE: STIPULATED DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Stipulated Dismissal without Prejudice (*doc. # 29)* filed August 20, 2009.  Upon review of the file, and finding good cause exists therefore, it is hereby

ORDERED that the Stipulated Dismissal is **GRANTED**.  All claims asserted in this action are dismissed **WITHOUT PREJUDICE**, each party to bear its own costs and attorneys' fees.

DATED at Denver, Colorado, this 24th day of August, 2009.

                        BY THE COURT:

                        *s/Craig B. Shaffer*
                        Craig B. Shaffer
                        United States Magistrate Judge